No. 46. UNITED STATES *v.* GENERAL MOTORS CORP. ET AL. Appeal from D. C. S. D. Cal. (Probable jurisdiction noted, 380 U. S. 940.) Motion of O. M. Scott & Sons Co. et al. for leave to file brief, as *amici curiae,* granted. *Thomas A. Rothwell* and *William C. Hillman* on the motion.

No. 695. COLLIER *v.* UNITED STATES. C. A. 6th Cir. (Certiorari granted, *ante,* p. 890.) Motion for the appointment of counsel granted, and it is ordered that *Dean E. Denlinger, Esquire,* of Dayton, Ohio, be, and he is hereby, appointed to serve as counsel for the petitioner in this case.

No. 562. TIME, INC. *v.* HILL. Appeal from Ct. App. N. Y. Probable jurisdiction noted. *Harold R. Medina, Jr.,* and *Victor M. Earle III* for appellant. *Milton Black* for appellee.

No. 597. MILLS *v.* ALABAMA. Appeal from Sup. Ct. Ala. Further consideration of the question of jurisdiction in this case is postponed to the hearing of the case on the merits. *Kenneth Perrine* for appellant. *Richmond M. Flowers,* Attorney General of Alabama, and *Leslie Hall,* Assistant Attorney General, for appellee. *James C. Barton* for Alabama Press Association et al., as *amici curiae,* in support of appellant.

No. 611. UNITED STATES *v.* ARNOLD, SCHWINN & Co. ET AL. Appeal from D. C. N. D. Ill. Probable jurisdiction noted. The case is set for oral argument immediately following No. 238. *Solicitor General Marshall, Assistant Attorney General Turner* and *Lionel Kestenbaum* for the United States. *Harold D. Burgess, Robert C. Keck* and *Earl E. Pollock* for appellees.